**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mary M. Lasher | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 17-70679 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
MMiksich@kmllawgroup.com