IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARY M. LASHER, | : | BANKRUPTCY NO. 17-70679 |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| JEFFREY A. MURICEAK, ESQUIRE, | : | |
| Movant/Applicant | : | DOCKET NO. |
| | : | |
| | : | Filed under Local Bankr. |
| | : | Rule 9013-3 (A)(2) |
| v. | : | |
| | : | Related to Document No. 67 |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE | : | |
| Respondent | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF JEFFREY A. MURICEAK, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents Mary M. Lasher.
2. This is (check one)
   <u>  N/A  </u>      a final application
   <u>   X   </u>      an interim application
   for the period of April 26, 2018 to October 27, 2021
3. Previous retainer paid to Applicant: <u>$4,000.00.</u>
4. Previous interim compensation allowed to Applicant (including the retainer): <u>$4,000.00.</u>
5. Application requests additional:
   Compensation of <u>$1,000.00</u>
   Reimbursement of Expenses of <u>$ N/A</u>
6. A hearing will be held on Wednesday, December 8, 2021, at 10:00 a.m. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*.  Only a limited time of 10 minutes is being provided on the calendar.   No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.
7. Any written objections must be filed with the Court and serviced on the Applicant on or before November 13, 2021 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the Applicant.

Date of Service:    10/27/2021

Jeffrey A. Muriceak, Esquire
Attorney for Debtors/Objectors
/s/ Jeffrey A. Muriceak
Signature
401 Allegheny Street, P.O. Box 415
Hollidaysburg, PA  16648
Address
(814) 695-7581
Phone Number
Pa. I.D. #76013
Attorney I.D. No.

**\* NOTE:** **Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania.  Attorneys may appear at either Court B in Johnstown, or Courtroom D in Pittsburgh.**