IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARY M. LASHER, | : | BANKRUPTCY NO. 17-70679 |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| JEFFREY A. MURICEAK, ESQUIRE, | : | |
| Movant/Applicant | : | DOCKET NO. 72 |
| | : | |
| | : | Filed under Local Bankr. |
| | : | Rule 9013-3 (A)(2) |
| v. | : | |
| | : | Related to Document No. 67, 70 |
| | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE | : | |
| Respondent | : | |

**AMENDED SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF JEFFREY A. MURICEAK, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents Mary M. Lasher.
2. This is (check one)
   <u>  N/A  </u>   a final application
   <u>   X    </u>   an interim application
   for the period of April 26, 2018 to October 27, 2021
3. Previous retainer paid to Applicant: $<u>4,000.00.</u>
4. Previous interim compensation allowed to Applicant (including the retainer): <u>$4,000.00.</u>
5. Application requests additional:
   Compensation of <u>$1,000.00</u>
   Reimbursement of Expenses of <u>$ N/A</u>
6. A Zoom Video Conference Hearing will be held on<u> Wednesday, December 8, 2021</u>, at 10: 00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time:  [https://www.zoomgov.com/j/16009283473](https://www.zoomgov.com/j/16009283473), or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* [("Judge Deller's Zoom Procedures")](#), which can be found on the Court's website at

http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

7. You are further instructed to file with the Clerk and serve upon the undersigned Applicant a response to the Application by no later than November 19, 2021 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Application may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Application to a lawyer at once.

Date of Service:    11/02/2021

Jeffrey A. Muriceak, Esquire
Attorney for Debtors/Objectors
/s/ Jeffrey A. Muriceak
Signature
401 Allegheny Street, P.O. Box 415
Hollidaysburg, PA  16648
Address
(814) 695-7581
Phone Number
Pa. I.D. #76013
Attorney I.D. No.

2