IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARY M. LASHER,<br>    Debtor | : | BANKRUPTCY NO. 17-70679 |
| | : | |
| | : | CHAPTER 13 |
| | : | |
| JEFFREY A. MURICEAK, ESQUIRE,<br>    Movant/Applicant | : | DOCUMENT NO. 75 |
| | : | Filed under Local Bankr.<br>Rule 9013-3(A)(2) |
| v. | : | |
| | : | RELATED TO DOC NOS. 67, 72 |
| RONDA J. WINNECOUR, ESQUIRE,<br>CHAPTER 13 TRUSTEE<br>    Respondent | : | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION FILED BY JEFFREY A. MURICEAK, ESQUIRE</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Application for Compensation were to be filed and served no later than November 19, 2021.

It is hereby respectfully requested that the Default Order attached to this Certification be entered by the Court.

                                                      EVEY BLACK ATTORNEYS LLC

Dated: 11/22/2021                    By:   / s/ Jeffrey A. Muriceak
                                                             Jeffrey A. Muriceak, Esquire
                                                              401 Allegheny Street/PO Box 415
                                                               Hollidaysburg, PA 16648
                                                                (814) 695-7581
                                                               Pa. I.D. #76013