IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARY M. LASHER, | : | BANKRUPTCY NO. 17-70679 |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| | : | |
| JEFFREY A. MURICEAK, ESQUIRE, | : | DOCUMENT NO. |
| Movant/Applicant | : | |
| | : | Related to Document No. 67 |
| | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | **DEFAULT O/E JAD** |
| CHAPTER 13 TRUSTEE | : | |
| Respondent | : | |

ORDER

AND NOW, this _2nd_ day of _____December_____, 2021, upon consideration of

the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the

Application in its face amount of $1,000.00 for Additional Compensation for services

rendered by Jeffrey A. Muriceak, Esquire as Attorney for Debtor is allowed, and the

additional sum of $1,000.00 is to be paid to Jeffrey A. Muriceak, Esquire/ Evey Black

Attorneys LLC as the remainder of Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of

compensation in the amount of $5,000.00.

Additional fees may be paid through the Chapter 13 Plan provided that the

Debtor amends the plan within twenty-one (21) days after the application for fees is

allowed to increase the plan payment sufficiently to include those fees, if not already

provided for. The fees must be paid from the Debtor's resources without decreasing the

percentage or amount to be paid to other creditors through the plan.

FILED
12/2/21 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By The Court

Jeffery A. Deller, U.S.B.J.

- 1 -

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 17-70679-JAD

Mary M. Lasher                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                    User: mgut                          Page 1 of 2

Date Rcvd: Dec 02, 2021                 Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary M. Lasher, 1122 N. 5th Avenue, Altoona, PA 16601-6134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christina Joy Pross | on behalf of Creditor Bayview Loan Servicing  LLC cpross@mwm-law.com |
| Jeffrey A. Muriceak | on behalf of Debtor Mary M. Lasher jmuriceak@eveyblack.com  choover@eveyblack.com |
| Jeffrey A. Muriceak | on behalf of Attorney Jeffrey A. Muriceak jmuriceak@eveyblack.com  choover@eveyblack.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Robert W. Williams
                         on behalf of Creditor Bayview Loan Servicing  LLC bankruptcy@mwm-law.com

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com


TOTAL: 8