IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Mary M. Lasher<br><br>    Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    vs.<br>Mary M. Lasher<br><br>    Respondent(s) | Case No. 17-70679-JAD<br>Chapter 13<br>Related to<br>Doc #   80<br><br><br><br>**DEFAULT O/E JAD** |

### ORDER

AND NOW, this  8th  day of  September , **2022**, it is hereby ORDERED that the above captioned case is DISMISSED.

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
9/8/22 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70679-JAD
Mary M. Lasher     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Sep 08, 2022     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary M. Lasher, 1122 N. 5th Avenue, Altoona, PA 16601-6134 |
| aty | + | Jeffrey A. Muriceak, Evey Black Attorneys LLC, 401 Allegheny Street, PO Box 415, Hollidaysburg, PA 16648-0415 |
| 14691489 | + | Altoona Endocrine Services, LLC, Mark Campbell, MD, 615 Howard Avenue, Suite 106, Altoona, PA 16601-4813 |
| 14691491 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14691492 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14691493 | + | Credit Control Collection, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14691494 | + | Credit Protection Assoc., P O Box 802068, Dallas, TX 75380-2068 |
| 15435440 | + | Credit Protection Assoc., 2500 Dallas Pkwy Suite 550, Plano, TX 75093-4888 |
| 14691495 | + | Penn Credit, Attn: Bankruptcy, P O Box 988, Harrisburg, PA 17108-0988 |
| 14691496 | + | Robert W. Williams, Esquire, Mattleman, Weinroth & Miller, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Sep 08 2022 23:41:00 | Bayview Loan Servicing, LLC, C/O Aldridge Pite, LLP, Michele A. De Witt, 4375 Jutland Dr. Ste. 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 23:42:23 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691490 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 08 2022 23:41:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 14771565 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 08 2022 23:41:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 15298093 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2022 23:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15507104 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2022 23:41:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15162156 | | Email/Text: bankruptcies@penncredit.com | Sep 08 2022 23:41:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14764218 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 23:42:08 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691497 | + | Email/Text: info@bolderhealthcare.com | Sep 08 2022 23:41:00 | ROI, P O Box 549, Timonium, MD 21094-0549 |
| 14691498 | + | Email/Text: Bankruptcy@TekCollect.com | | |

Case 17-70679-JAD    Doc 87    Filed 09/10/22    Entered 09/11/22 00:24:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 08 2022 23:41:00 | TekCollect Inc, P O Box 1269, Columbus, OH 43216-1269 |
| 14763925 | ^ | MEBN | | |
| | | | Sep 08 2022 23:35:32 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14763926 | ^ | MEBN | | |
| | | | Sep 08 2022 23:35:30 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14760072 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Sep 08 2022 23:41:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14691499 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Sep 08 2022 23:41:00 | US Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing LLC f/k/a Bayview Loan Se |
| cr | | Community Loan Servicing, LLC |
| cr | | NATIONSTAR MORTGAGE LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christina Joy Pross | on behalf of Creditor Bayview Loan Servicing LLC cpross@mwm-law.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Jeffrey A. Muriceak | on behalf of Debtor Mary M. Lasher jmuriceak@eveyblack.com choover@eveyblack.com |
| Jeffrey A. Muriceak | on behalf of Attorney Jeffrey A. Muriceak jmuriceak@eveyblack.com choover@eveyblack.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert W. Williams | |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 24

        on behalf of Creditor Bayview Loan Servicing  LLC bankruptcy@mwm-law.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8