**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MARY M. LASHER                              Case No.:17-70679 JAD

          Debtor(s)

    Ronda J. Winnecour                      Document No.:
          Movant
       vs.
   No Respondents.

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/12/2017  and confirmed on 04/09/2018 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,824.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,819.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 1,403.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,903.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 17,265.32 | 0.00 | 17,265.32 |
|    Acct: 7063 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 12,356.04 | 8,650.40 | 0.00 | 8,650.40 |
|    Acct: 7063 | | | | |
| | | | | 25,915.72 |
| **Priority** | | | | |
| JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MARY M. LASHER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MARY M. LASHER | 5.00 | 5.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| EVEY BLACK ATTORNEYS | 1,000.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX7-21 | | | | |
| JEFFREY A MURICEAK ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|    Acct: | | | | |

* * * N O N E * * *

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| ALTOONA ENDOCRINE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4640 | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2531 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0822 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9112 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8483 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8482 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7216 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3977 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4331 | | | | |
| CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1885 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0314 | | | | |
| UPMC PHYSICIAN SERVICES | 479.23 | 0.00 | 0.00 | 0.00 |
| Acct: 6962 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7213 | | | | |
| UNITED STATES DEPARTMENT OF EDUC/ | 8,390.18 | 0.00 | 0.00 | 0.00 |
| Acct: 6962 | | | | |
| UPMC HEALTH SERVICES | 2,221.71 | 0.00 | 0.00 | 0.00 |
| Acct: 6962 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSI( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| MATTLEMAN WEINROTH & MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                    25,915.72

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY                    0.00
SECURED               12,356.04
UNSECURED             11.091.12

Date: 10/05/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com